# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DINA LEON, | Case No. 1:16-cv-00023-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S AMENDED STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| | (Doc. 13) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having considered Plaintiff's amended Stipulation to Extend Briefing Schedule (Doc. 13), and in view of Defendant's lack of opposition to Plaintiff's request for an extension, the Court finds that good cause has been shown to warrant granting the request. Fed. R. Civ. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED that the deadline by which Plaintiff shall file his confidential letter brief is extended to August 30, 2016, and Defendant shall have until October 4, 2016, to serve her response. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **September 2, 2016**                   /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE