# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DAVID DINA LEON,

            Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

_____/

Case No.  1:16-cv-00023-SKO

**ORDER GRANTING REQUEST TO
EXTEND BRIEFING SCHEDULE**

(Doc. 16)

     Pursuant to the parties' stipulation, the Court GRANTS the parties' request to extend the briefing schedule in this matter.  (Doc. 16.)  Accordingly, the Court ORDERS that Plaintiff may file his opening brief no later than January 13, 2017, Defendant may file her opposition brief by February 13, 2017, and Plaintiff may file a reply brief, if he so chooses, no later than February 28, 2017.

     The Court cautions the parties that, absent good cause shown, it will not grant any further briefing extensions in this case.

IT IS SO ORDERED.

Dated:  __**November 21, 2016**__             /s/ *Sheila K. Oberto*_____

                                UNITED STATES MAGISTRATE JUDGE