# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DINA LEON, | Case No. 1:16-cv-00023-SKO |
| Plaintiff, | **ORDER THAT PLAINTIFF FILE OPENING BRIEF OR SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

On November 21, 2016, the Court granted the parties stipulated "Request to Extend Briefing Schedule" and ordered Plaintiff to file his opening brief no later than January 13, 2017. (Doc. 17.) No opening brief was filed on January 13, 2017. (*See* Docket.) As such, **by no later than January 25, 2017**, Plaintiff shall file an opening brief, or he shall file a statement showing cause why this case should not be dismissed for failure to comply with the Court's order.

Accordingly, it is HEREBY ORDERED that:

1. **By no later than January 25, 2017**, Plaintiff shall either

    a. file an Opening Brief conforming with the requirements set out in the Informational Order; or

    b. file a written response to this Order to Show Cause.

//

//

//

2. Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 17, 2017**                             /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE